### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTAULIC COMPANY, | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : NO. 12-CV-05985 |
| ANVIL INTERNATIONAL, LLC, | : |
| Defendant. | : |

### ENTRY OF APPEARANCE

Kindly enter the appearance of John S. Summers on behalf of Defendant Anvil International, LLC.

                                    Respectfully submitted,

Dated: November 7, 2012        HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By:   */s/ John S. Summers*
      John S. Summers (Pa. I.D. No. 41854)
      One Logan Square, 27th Floor
      Philadelphia, PA 19103
      Telephone: (215) 568-6200
      Facsimile: (215) 568-0300
      E-mail:   jsummers@hangley.com

*Attorneys for Defendant Anvil International, LLC*

**CERTIFICATE OF SERVICE**

      I, John S. Summers, certify that on November 7, 2012, I caused a copy of the foregoing Entry of Appearance to be served via the Court's ECF System where it is available for viewing and downloading.

                                                 _/s/ John S. Summers_
                                                 John S. Summers