IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTAULIC COMPANY, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 12-cv-5985 (SD) |
| ANVIL INTERNATIONAL, LLC, | : Hon. Stuart Dalzell |
| Defendant. | : |

## ORDER

AND NOW, this _____ Day of _____, 2012, it is hereby

ORDERED that the application of Darle M. Short, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
Dalzell, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __12-cv-5985 (SD)__

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I.   APPLICANT'S STATEMENT

I, Darle M. Short the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __468653__, for the $40.00 admission fee.

A.   *I state that I am currently admitted to practice in the following state jurisdictions:*

| Maryland | 1979 | |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| District of Columbia | 1985 | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   *I state that I am currently admitted to practice in the following federal jurisdictions:*

| U.S. Supreme Court | 1984 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| 4th Cir. | 1979 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Fed. Cir. | 1982 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| D.C. Cir. | 1985 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| 6th Cir. | 2005 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Fed. Cl. | 1997 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| E.D. Mich. | 1989 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| D. Md. | 1980 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| D. D.C. | 1993 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| D. Ariz. | 1994 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

DMEAST #15838431 v1

| | |
|---|---|
| *I am entering my appearance for* | Victaulic Company |
| | _____ |
| | (Applicant's Signature) |
| | November 5, 2012 |
| | (Date) |

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Oliff & Berridge, PLC
277 South Washington St., Suite 500, Alexandria, VA 22314
(703) 836-6400

Sworn and subscribed before me this

5th Day of November, 2012

My Commission expires 10/31/2014
State of Virginia, City of Alexandria

Cynthia J. Racine
Notary Public

[Notary Seal: CYNTHIA F. RACINE, COMMONWEALTH, REGISTRATION NO. 179485, MY COMM. EXPIRES 10/31/2014, OF VIRGINIA, NOTARY PUBLIC]

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Darle M. Short to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Robert R. Baron | [signature] | 12/2/1993 | 67084 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Ballard Spahr LLP
1735 Market St., 51st Floor, Philadelphia, PA 19103
(215) 864-8145

Sworn and subscribed before me this
9th Day of November, 2012

[signature] Susan D. Harris
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SUSAN D. HARRIS, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 3, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTAULIC COMPANY, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 12-cv-5985 (SD) |
| ANVIL INTERNATIONAL, LLC, | : Hon. Stewart Dalzell |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Darle M. Short, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Jeffrey R. Kuester
Todd E. Jones
Amanda G. Hyland
Seth K. Trimble
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339
Phone: 770.434.6868

_____
Signature of Attorney

Robert R. Baron
Name of Attorney

Victaulic Company
Name of Moving Party

Date: ~~October~~ Nov. 9, 2012