IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTAULIC COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANVIL INTERNATIONAL, LLC. | : | No. 12-5985 |

### ORDER

AND NOW, this 19th day of November, 2012, upon consideration of the motions for admission of counsel pro hac vice (docket entries ## 9-12, 13-15) and the attorneys each having paid the requisite $40.00 fee, it is hereby ORDERED that:

1. The motions for admission pro hac vice (docket entries ## 9-12, 13-15) are GRANTED; and

2. William J. Utermohlen, Darle M. Short, Meghan J. Carmody, Jeffrey R. Kuester, Todd E. Jones, and Amanda G. Hyland, Esqs., may PRACTICE in this Court on this case in accordance with Local R. Civ. P. 83.5.2(b).

BY THE COURT:

Stewart Dalzell, J.