**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VICTAULIC COMPANY,<br>　　　　　Plaintiff,<br>　　v.<br>ANVIL INTERNATIONAL, LLC,<br>　　　　　Defendant. | : CIVIL ACTION<br>:<br>: NO. 12-CV-05985<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

Kindly enter the appearance of Jonathan L. Cochran on behalf of Defendant Anvil International, LLC.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: November 28, 2012　　　　　HANGLEY ARONCHICK SEGAL PUDLIN &
　　　　　　　　　　　　　　　　　　SCHILLER

　　　　　　　　　　　　　　　　　　By:　*/s/ Jonathan L. Cochran*
　　　　　　　　　　　　　　　　　　　　　Jonathan L. Cochran (Pa. I.D. No. 314382)
　　　　　　　　　　　　　　　　　　　　　One Logan Square, 27th Floor
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　Telephone: (215) 568-6200
　　　　　　　　　　　　　　　　　　　　　Facsimile: (215) 568-0300
　　　　　　　　　　　　　　　　　　　　　E-mail:　jcochran@hangley.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Anvil International, LLC*

## **CERTIFICATE OF SERVICE**

I, Jonathan L. Cochran, certify that on November 28, 2012, I caused a copy of the foregoing Entry of Appearance to be served via the Court's ECF System where it is available for viewing and downloading.

                                                                                      */s/ Jonathan L. Cochran*
                                                                                      Jonathan L. Cochran