**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VICTAULIC COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action File** |
| **v.** | ) | **No. 5:12-cv-05985-SD** |
| | ) | |
| **ANVIL INTERNATIONAL, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE,
STAY OR TRANSFER
PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b), Defendant Anvil International, LLC ("Anvil") hereby files its Motion to Dismiss, or in the Alternative, to Stay or Transfer the Amended Complaint of Plaintiff Victaulic Company. In support of this motion, Anvil relies upon the brief contemporaneously filed in support of this motion and the exhibits attached thereto.

WHEREFORE, Anvil respectfully requests that the Court enter an order dismissing, or in the alternative, staying or transferring, Plaintiff's Amended Complaint.

Respectfully submitted this 13th day of December, 2012,

/s/ Amanda G. Hyland
TAYLOR ENGLISH DUMA LLP
Jeffrey R. Kuester (admitted pro hac vice)
jkuester@taylorenglish.com
Georgia Bar No. 429960
Todd E. Jones (admitted pro hac vice)
tjones@taylorenglish.com
Georgia Bar No. 403925
Amanda G. Hyland (admitted pro hac vice)
ahyland@taylorenglish.com
Georgia Bar No. 325115

1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339
(770) 434-6868
(770) 434-7376 (fax)


John S. Summers (Attorney ID No. 41854)
Jon L. Cochran (Attorney ID No. 314382)
HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
215-568-6200
215-568-0300 (fax)
jsummers@hangley.com
jcochran@hangley.com


*Attorneys for Defendant*
*Anvil International, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTAULIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File |
| v. | ) | No. 5:12-cv-05985-SD |
| | ) | |
| ANVIL INTERNATIONAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **MOTION TO DISMISS, OR IN THE ALTERNATIVE, STAY OR TRANSFER PLAINTIFF'S AMENDED COMPLAINT** which will send notice of such filing to the following:

Robert R. Baron, Jr.
Marc S. Segal
Andrew M. Stern
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

Respectfully submitted this 13th day of December, 2012,

3

<u>/s/ Amanda G. Hyland</u>
TAYLOR ENGLISH DUMA LLP
Jeffrey R. Kuester (admitted pro hac vice)
jkuester@taylorenglish.com
Georgia Bar No. 429960
Todd E. Jones (admitted pro hac vice)
tjones@taylorenglish.com
Georgia Bar No. 403925
Amanda G. Hyland (admitted pro hac vice)
ahyland@taylorenglish.com
Georgia Bar No. 325115

1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339
(770) 434-6868
(770) 434-7376 (fax)

*Attorneys for Defendant*
*Anvil International, LLC*