IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTAULIC COMPANY, | : CIVIL ACTION |
| Plaintiff, | : |
| | : NO. 12-CV-05985 |
| v. | : |
| | : |
| ANVIL INTERNATIONAL, LLC, | : |
| Defendant. | : |

## ORDER

AND NOW, this _____ day of _____, 2012, upon consideration of Defendant's Motion to Dismiss, or in the Alternative, Stay or Transfer Plaintiff's Amended Complaint, the Memorandum of Law in Support thereof, and all responses thereto, it is hereby ORDERED as follows:

1. The Motion is GRANTED;

2. The Amended Complaint is hereby DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
Hon. Stewart Dalzell