IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTAULIC COMPANY | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 5:12-cv-05985-SD |
| | : | |
| ANVIL INTERNATIONAL, LLC. | : | |
| | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Plaintiff Victaulic Company in the above captioned matter.

Respectfully submitted,


/s/ Andrew M. Stern
Andrew M. Stern
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
215.864.8127
215.864.8999 (Fax)
sternam@ballardspahr.com

Attorneys for Plaintiff

Dated:  December 13, 2012

## <u>CERTIFICATE OF SERVICE</u>

I, Andrew M. Stern, hereby certify that on this 13th day of December, 2012, I caused a true and correct copy of my Entry of Appearance to be served via the court's ECF system where it is available for viewing and downloading.

/s/ Andrew M. Stern
Andrew M. Stern